UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KYLE K., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:23-cv-00044-JAW |
| v. ) | |
| ) | |
| MARTIN O'MALLEY,[1] ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

The United States Magistrate Judge filed her Recommended Decision with the Court on January 31, 2024.  *Report and Recommended Decision* (ECF No. 13).  Kyle K. filed his objection to the Recommended Decision on February 14, 2024.  *Pl.'s Objs. to Report and Recommended Decision* (ECF No. 14).  On February 22, 2024, Commissioner O'Malley responded.  *Def.'s Resp. to Pl.'s Objs. to Report and Recommended Decision* (ECF No. 15).

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record.  The Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision and determines that no further

---

[1] On December 20, 2023, Martin O'Malley was sworn in as Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), when a public official, who is a party in an official capacity, ceases to hold an office, the officer's successor is automatically substituted as a party.

proceeding is necessary.

Accordingly, the Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 13) and thereby AFFIRMS the Commissioner's Decision.

SO ORDERED.

                                  /s/ John A. Woodcock, Jr.
                                  JOHN A. WOODCOCK, JR.
                                  UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2024